**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-299 |
| | § | |
| | § | |
| | § | |
| JOSE LUIS MALDONADO-BALDERAS | § | |

# O R D E R

Counsel for the defendant filed a motion to withdraw as counsel of record. (Docket Entry No. 26). The motion is granted. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on October 15, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge